UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID WILLIAMS #98840** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-05** |
| **UNITED STATES OF AMERICA, ET AL.** | **SECTION: "G"(1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's federal application is **DISMISSED**.

**NEW ORLEANS, LOUISIANA,** this  14th  day of June, 2020.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**